AO 240 (Rev. 1/94)

# United States District Court

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

ALBERT MONTEIRO ,

Plaintiff

V.

UNITED STATES OF AMERICA,
Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

44

CA 04

CASE NUMBER: 01-00111-01T

I, ALBERT MONTEIRO declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: ☒ Yes ☐ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration UNITED STATES PENITENTIARY BEAUMONT

   Are you employed at the institution? YES Do you receive any payment from the institution? YES

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☒ Yes ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   17 , OR , 18 DOLLARS A MONTH.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   N/A

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment Yes ☐ No ☒
   b. Rent payments, interest or dividends Yes ☐ No ☒
   c. Pensions, annuities or life insurance payments Yes ☐ No ☒
   d. Disability or workers compensation payments Yes ☐ No ☒
   e. Gifts or inheritances Yes ☐ No ☒
   f. Any other sources Yes ☐ No ☒

   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.

(2)

AO 240 (Rev. 1/94)

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

If "yes" state the total amount. N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or othe valuable property? ☐ Yes ☒ No

If "yes" describe the property and state its value.

N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

NONE

I declare under penalty of perjury that the above information is true and correct.

2/06/04
DATE

Albert L. Monteiro
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __________ on account to his/her credit at (name of institution) __________. I further certify that the applicant has the following securities to his/her credit: __________. I further certify that during the past six months the applicant's average balance was $ __________.

The Inmate Pay Program is currently down. At this time, a six-month account sheet cannot be obtained.

2/6/04
DATE

C.W. Tucker / CW Tucker, CSW
SIGNATURE OF AUTHORIZED OFFICER

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: (Name and Title of Staff Member) Case Manager Tucker | DATE: |
| FROM: Albert O. Monteiro | REGISTER NO.: 05071-070 |
| WORK ASSIGNMENT: Orderly | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

would like to get a six (6) month print out of my account to send with 2255

(Do not write below this line)

DISPOSITION:

Monteiro,

The program which provides 6-month print-outs is down for further notice. Therefore, I am unable to give you a 6-month print-out of your account at this time.

| Signature Staff Member | Date |
|---|---|
| C W Tucker, Case Manager | 2-6-04 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILED
2004 FEB 13 P 1:11
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND