**IN THE**

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

CA 04 44T

| | | |
|---|---|---|
| **ALBERT MONTEIRO,** | ) | |
| **DEFENDANT/PETITIONER,** | ) | |
| **v.** | ) | **CASE No. 01-00111-01T** |
| **UNITED STATES OF AMERICA,** | ) | **BEFORE THE HONORABLE** |
| **RESPONDENT(S).** | ) | **ERNEST C. TORRES** |
| | ) | **CHIEF DISTRICT JUDGE** |

**MOTION FOR REQUEST TO AMEND**

**NOW COMES** the defendant, **Albert Monteiro(hereinafter referred to as "Petitioner"),** respectfully request to be allowed to amend his §2255 motion if need be pursuant to the **Federal Rules Of Civil Procedure, Rule 15.**

**Wherefore:** petitioner prays that he will be allow to amend if the petitioner needs to amend in the interest of justice.

**Dated this 6th day of Feburary, 2004.**

**Respectfully submitted,**

Albert O. Monteiro

**ALBERT MONTEIRO #05071-070**
**UNITED STATES PENITENTIARY**
**P.O. BOX 26030**
**BEAUMONT, TEXAS 77720-6030**

(3)