UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALBERT MONTEIRO

v. C.A. No. 04-044-T

UNITED STATES OF AMERICA

**ORDER**

It is hereby ordered that on or before April 5, 2004, the United States Attorney shall file an answer to the petitioner's § 2255 motion.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
United States District Judge

Date: March 3, 2004

4