AO 240 (Rev. 1/94)

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

If "yes" state the total amount. ~~N/A~~

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or oth valuable property? ☐ Yes ☒ No

If "yes" describe the property and state its value.

N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

NONE

I declare under penalty of perjury that the above information is true and correct.

2/06/04
DATE

Albert A. Monteiro
SIGNATURE OF APPLICANT

DENIED on the ground that there is no filing fee for a §2255 motion.

Ernest C. Torres

Ernest C. Torres, Chief Judge
March 3, 2004

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ ________ on account to his/her credit at (name of institution) ________. I further certify that the applicant has the following securities to his/her credit: ________. I further certify that during the past six months the applicant's average balance was $ ________.

The Inmate Pay Program is currently down. At this time, a six-month account sheet cannot be obtained.

2/6/04
DATE

C.W. Tucker / CW Tucker, CSC
SIGNATURE OF AUTHORIZED OFFICER

5