IN THE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 13 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 04 44

ALBERT MONTEIRO,

DEFENDANT/PETITIONER,

v. ) CASE No. 01-00111-01T

UNITED STATES OF AMERICA, ) BEFORE THE HONORABLE

RESPONDENT(S). ) ERNEST C. TORRES

) CHIEF DISTRICT JUDGE

**MOTION FOR REQUEST TO AMEND**

**NOW COMES** the defendant, **Albert Monteiro(hereinafter referred to as "Petitioner")**, respectfully request to be allowed to amend his §2255 motion if need be pursuant to the **Federal Rules Of Civil Procedure, Rule 15.**

**Wherefore:** petitioner prays that he will be allow to amend if the petitioner needs to amend in the interest of justice.

**Dated this 6th day of Feburary, 2004.**

DENIED on the ground that the petitioner has failed to explain the nature of or the reasons for any proposed amendment.

Ernest C. Torres
Ernest C. Torres, Chief Judge
March 3, 2004

**Respectfully submitted,**

Albert D. Monteiro
**ALBERT MONTEIRO #05071-070**
**UNITED STATES PENITENTIARY**
**P.O. BOX 26030**
**BEAUMONT, TEXAS 77720-6030**

6