IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **ALBERT MONTEIRO,** | : | |
| | : | |
| **Petitioner** | : | **C.A. No. 04-44T** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent** | : | |

**MOTION FOR EXTENSION OF TIME**

On February 13, 2004, Albert Monteiro filed his Motion pursuant to 28 U.S.C.§ 2255. On March 3, 2004, the Court directed that the United States file its answer to the motion on or before April 5, 2004. Monteiro's claims are numerous and complex and at this time, Respondent has not completed its answer to the motion. Accordingly, Respondent respectfully requests an extension of time until May 10, 2004, in order to complete its answer.

Wherefore, based upon the foregoing, Respondent respectfully requests an extension of time until May 10, 2004, in order to complete its answer to Monteiro's § 2255 motion.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys

CRAIG N. MOORE
UNITED STATES ATTORNEY

DULCE DONOVAN
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-528-5477

Dated: April 5, 2004

7

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALBERT MONTEIRO,** | : | |
| | : | |
| **Petitioner** | : | **C.A. No. 04-44T** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent** | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this 5th day of April, 2004, I forwarded a copy of the within United States' Motion for Extension of Time by postage prepaid mail to:

Alberto Monteiro
U.S. Penitentiary
P.O. Box 26030
Beaumont, Texas 77720-6030