UNITED STATES DISTRICT COURT

FOR THE DISTRIC OF RHODE ISLAND

CA04-447
04-44

ALBERT D. MONTEIRO
Petitioner/Pro-se Movant

v.

UNITED STATES OF AMERICA
Respondent

Re: UNITED STATES v. ALBERT D. MONTEIRO

LETTER MOTION TO PRESERVE CONSTITUTIONAL
RIGHTS PURSUANT TO BOOKER
AND SHEPARD PRECEDURAL CONCERNS
RETROACTIVE

Comes now Albert D. Monteiro the undersigned Pro/se movant to respectfully move the Honorable Court to preserve his right in the Booker/Fan Fan,125 S.Ct.794, and Shepard v. UNITED STATES (2005) 161 L.Ed.2d 205, because the petitioner was charged and sentenced under (ACCA) without this information that Petitioner was being tried and sentenced as a (ARMMED CAREER CRIMINAL),brought forward to the (OCTOBER 2001-A TERM GRAND JURY held on WEDNESDAY NOVEMBER 7th 2001.The Petitioners case has been final after the Petitioners last motion: C.A. No.04-00044T. The Petitioner ask that his right to be preserved for future procedural concerns.

Respectfully Submitted
Albert D. Monteiro

ALBERT D. MONTEIRO
#05071-070
F.C.I. OTISVILLE
P.O. BOX 1000
OTISVILLE NY 10963

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of motion to preserve Constitutional Rights was sent by U.S. mail from F.C.I. Otisville N.Y. to the U.S. Department of Justice, United States Attorney, District of Rhode Island, Fleet Center, Kennedy Plaza, Eight Floor, Providence, Rhode Island 02903.

Albert D. Monteiro